JACKSON LEWIS SCHNITZLER & KRUPMAN
60 Washington Street
Morristown, New Jersey  07960
(973) 538-6890
John F. Tratnyek  (JT4664)

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

STEVE E. SHELDON                          :
                                          :
                    Plaintiff,            :
                                          :        Civil Action No.  WMN 00CV3703
          v.                              :
                                          :
WILLIAM E. MCCULLEY, Jr.,                 :
Individually and in his capacity as an agent   :
for DANA Railcare, Inc.),                  :
JENNINGS NICHOLS, Individually and         :        **STIPULATION EXTENDING TIME**
in his capacity as an agent for DANA       :        **TO ANSWER, MOVE OR**
Railcare, Inc., and                       :        **OTHERWISE RESPOND TO**
DANA RAILCARE/CONTAINER, Inc.             :        **PLAINTIFF'S COMPLAINT**
                                          :
                    Defendants.           :

          The parties, by and through their undersigned counsel, hereby stipulate and agree

that the time for Defendants to answer, move or otherwise reply to Plaintiff's complaint be

extended for thirty (30) days,  up to and including March 6, 2001.

SO AGREED:
Bar # 25913
JOHN E. COPPOCK, JR., ESQ.                    JACKSON LEWIS SCHNITZLER
5 South Hickory Avenue                          & KRUPMAN
Bel Air, MD  21014                            60 Washington Street
(410) 420-7398                                Morristown, New Jersey  07960
                                              (973) 538-6890


By:_____              By:_____
        John E. Coppock, Jr.                    John F. Tratnyek*

ATTORNEYS FOR PLAINTIFF                  ATTORNEYS FOR DEFENDANTS

SO ORDERED:

Dated: _____3/2/01_____                    _____
                                                          U.S.D.J.

*Motion for Admission *Pro Hac Vice* to be filed.

Sheldon\48596 pleading001-eot.wpd