ORIGINAL

JACKSON LEWIS SCHNITZLER & KRUPMAN
60 Washington Street
Morristown, New Jersey 07960
(973) 538-6890
John F. Tratnyek (JT4664)

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| STEVE E. SHELDON<br><br>        Plaintiff,<br><br>v.<br><br>WILLIAM E. MCCULLEY, Jr.,<br>Individually and in his capacity as an agent<br>for DANA Railcare, Inc.),<br>JENNINGS NICHOLS, Individually and<br>in his capacity as an agent for DANA<br>Railcare, Inc., and<br>DANA RAILCARE/CONTAINER, Inc.<br><br>        Defendants. | Civil Action No.  WMN 00CV3703<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

      Pursuant to Local Rule 101.1.(b) of this Court, Karen A. Khan, Esq., a member of the Bar of this court, moves the admission of John F. Tratnyek, Esq. to appear *pro hac vice* in the captioned proceeding as counsel for Defendants.

      Movant and the proposed admittee respectfully certify as follows:

      1.      The proposed admittee is a member in good standing of the Bar of the State of New Jersey and the United States Court for the District of New Jersey and the Third Circuit Court of Appeals.

      2.      During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted *pro hac vice* in this court.



3. The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: ___

_____N/A_____.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceedings will be the undersigned, who has been formally admitted to the bar of this court.

6. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_____
Karen A. Khan
Jackson Lewis Schnitzler & Krupman
1350 I Street N.W., Suite 510
Washington, D.C. 20005
TEL: (202) 347-5200
FAX: (202) 223-8557
FEDERAAL BAR 12687

_____
Md. U.S. District Court Number

PROPOSED ADMITTEE:

_____
John F. Tratnyek
Jackson Lewis Schnitzler & Krupman
60 Washington Street
Morristown, NJ 07960-6844
TEL: (973) 538-6890
FAX: (973) 540-9015

<u>ORDER</u>

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

___3/8/01___　　　　　　　　　　_____
Dated　　　　　　　　　　　　　Honorable William M. Nickerson, U.S.D.J.

Sheldon\48596 pleading014-mph.wpd