IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEVE E. SHELDON             :

                             :

v.                           :      Civil Action WMN-00-3703

                             :

WILLIAM E. McCULLEY, JR.,
      et al.                 :

**MEMORANDUM**

    Before the Court is Defendants' Motion to Dismiss for Improper Venue, or Alternatively, for a Change of Venue. Paper No. 6.

    From June 1999 through December 1999, Plaintiff was employed with Defendant Dana Railcare/Container as a repair mechanic at Dana Railcare's Wilmington, Delaware facility. In the Complaint, Plaintiff alleges that, while so employed, he observed Defendants violate numerous environmental and safety statutes. He also alleges that Defendant Dana Railcare fired him because he sustained a job related injury. He brings claims under Section 7002(a)(1)(B) of CERCLA, 42 U.S.C. § 6972(a)(1)(B); the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq.; and various common law actions including, assault, battery, negligent hiring, and intentional infliction of emotional distress.

    In their motion to dismiss, or to transfer, Defendants note that all the conduct of which Plaintiff complains occurred in the District of Delaware. Furthermore, Defendant Dana Railcare has its principal place of business in Delaware, and all records

related to Plaintiff's employment are maintained in Delaware. Furthermore, all potential witnesses are located in Delaware. Thus, Defendants contend that venue is only proper in Delaware under the venue provision of both CERCLA, 42 U.S.C. § 6972(a), and the ADA, see 42 U.S.C. §§ 12117(a) & 2000e-5(f)(3). Plaintiff has not opposed the motion and the time for having done so has expired.

For the reasons stated in Defendants' motion, the Court finds that venue is improper in Maryland, and that this action should be transferred to the United States District Court for the District of Delaware.  A separate order will issue.

_____
William M. Nickerson
United States District Judge

Dated: April 5, 2001