IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEVE E. SHELDON          :

                                                                       :

v.                                            Civil Action WMN-00-3703

                                                            :

WILLIAM E. McCULLEY, JR.,
    et al.          :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 5th day of April, 2001, by the United States District Court for the District of Maryland, ORDERED:

    1.  That Defendant's Motion to Dismiss, or in the Alternative, to Transfer, Paper No. 6, is hereby GRANTED;

    2.  That the Clerk of the Court shall transfer this action to the United States District Court for the District of Delaware; and

    3.  That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

                                                       */s/ William M. Nickerson*
                                                       William M. Nickerson
                                                       United States District Judge